ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
    Social Security Administration
    Program Litigation 1
    Law & Policy
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (510) 970-4818
    Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANICE MARIE GRIFFIN,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 1:25-cv-00999-KES-BAM<br><br>**STIPULATION AND [PROPOSED]<br>ORDER FOR EXTENSION OF TIME<br>TO RESPOND TO PLAINTIFF'S<br>COMPLAINT** |

    The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to respond to Plaintiff's Complaint in this case. In support of this request, the Commissioner respectfully states as follows:

    1.    Defendant's response to Plaintiff's Complaint is due November 12, 2025. Defendant has previously extended this deadline once for 30 days.

    2.    At the end of the day on September 30, 2025, the appropriations that have been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for most Executive agencies, including federal defendant Social Security Administration (SSA). It is not clear when funding will be restored by Congress.

3. Absent an appropriation or continuing resolution, Department of Justice and SSA attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342. That exception is not deemed to include attorneys assigned to most civil cases at this time.

4. Given this situation Defendant requests an extension of 37 days to respond to Plaintiff's Complaint.

5. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that they have no objections.

6. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until December 19, 2025, respond to Plaintiff's Complaint.

Respectfully submitted,

Date: _November 5, 2025_          By:     _/s/ Jonathan Omar Pena_
                                          Jonathan Omar Pena
                                          Pena and Bromberg, PC
                                          Attorney for Plaintiff
                                          (*as authorized by email)

Date: _November 5, 2025_                  ERIC GRANT
                                          United States Attorney
                                          MATHEW W. PILE
                                          Head of Program Litigation 1
                                  By:     _/s/ Oscar Gonzalez de Llano_
                                          OSCAR GONZALEZ de LLANO
                                          Special Assistant United States Attorney
                                          Attorneys for Defendant

<u>ORDER</u>

Pursuant to the parties' stipulation, and good cause appearing, Defendant shall have a 30-day extension of time to December 19, 2025, to respond to Plaintiff's complaint. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **November 5, 2025**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE