JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Lanice Marie Griffin,

   Plaintiff,

  vs.

Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY,

   Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 1:25-cv-00999-KES-FRS (SKO)

STIPULATION AND UNOPPOSED MOTION ORDER FOR EXTENSION OF TIME; ORDER

(Doc. 15)

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from January 16, 2026 to March 17, 2026, for Plaintiff to serve on defendant with PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due

1

on the same week. For the weeks of January 5, 2026 and January 12, 2026, Plaintiff's Counsel has thirty briefs due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: January 6, 2026    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: January 6, 2026          ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Law & Policy
Social Security Administration

By:   */s/ Oscar Gonzalez de Llano*
Oscar Gonzalez de Llano
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on January 6, 2026)

2

## **ORDER**

Pursuant to the parties' joint stipulation and unopposed motion, (Doc. 15), and good cause having been shown (Fed. R. Civ. P. 16(b)(4)), it is ORDERED that:

1. Plaintiff shall have a 60-day extension of time, from January 16, 2026, to March 17, 2026, for Plaintiff to serve Defendant with Plaintiff's Motion for Summary Judgment; and

2. All other dates in the Court's Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **January 12, 2026**                    /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE