ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
  Social Security Administration
  Program Litigation 1
  Law & Policy
  6401 Security Boulevard
  Baltimore, MD 21235
  Telephone: (510) 970-4818
  Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANICE MARIE GRIFFIN,<br><br>   Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | No. 1:25-cv-00999-KES-FJS<br><br>STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 20) |

  Defendant respectfully moves for an extension of thirty-two (32) days to respond to Plaintiff's Motion for Summary Judgment in this case, from the current due date of April 9, 2026 to the new date of May 11, 2026.  Plaintiff's counsel was contacted today and indicated his willingness to stipulate to this extension request. This is Defendant's first request for an extension in this case and is based on the following.

  Good cause exists for this request.  Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its response.  Counsel will be out of the office from March 30, 2026 through April 6, 2026 due to

Stipulated Motion for Extension of Time

1

planned leave.  Given competing workload requirements and upcoming scheduled leave an extension until May 11, 2026 will provide the opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment. The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay.  All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATE: March 25, 2026          By:   *s/ Oscar Gonzalez de Llano*
                                    OSCAR GONZALEZ DE LLANO
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant

Respectfully submitted,

Pena and Bromberg, PC

DATE: March 25, 2026          By:   *s/ Jonathan Omar Pena*
                                    Jonathan Omar Pena
                                    Pena and Bromberg, PC
                                    Attorney for Plaintiff
                                    (*as authorized by email)

## ORDER

Pursuant to Defendant's Motion (Doc. 20), IT IS SO ORDERED that Defendant shall have an extension, from April 9, 2026, up to and including **May 11, 2026**, to respond to Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:    **March 26, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE